IN THE SUPREME COURT OF NORTH CAROLINA

No. 281A15

Filed 18 March 2016

STATE OF NORTH CAROLINA

v.

RICHARD DARNELL JAMES

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 774 S.E.2d 871 (2015), finding no error after appeal from a judgment entered on 26 August 2014 by Judge Claire V. Hill in Superior Court, Johnston County, and dismissing defendant's appeal in part. Heard in the Supreme Court on 7 December 2015.

*Roy Cooper, Attorney General, by Mary Carla Babb, Assistant Attorney General, for the State.*

*William D. Spence for defendant-appellant.*

PER CURIAM.

For the reasons stated in *State v. Williams*, ___ N.C. ___, ___ S.E.2d ___ (2016) (No. 333PA14), the decision of the Court of Appeals is affirmed.

AFFIRMED.